Eugenio J. Torres-Oyola (Email: etorres@ferraiuoli.com)
Cristina Arenas-Solís (Email: carenas@ferraiuoli.com)
Víctor Rodríguez-Reyes (Email: vrodriguezreyes@ferraiuoli.com)
Ferraiuoli LLC
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*Local Counsel*
Dax D. Anderson (Email: danderson@kmclaw.com)
Kirton McConkie
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Tel.: (801) 328-3600
Fax: (801) 321-4893

Attorneys for Plaintiff Salmon Licensing, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| SALMON LICENSING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>WILSON ELECTRONICS<br><br>Defendant, | Civil Action No. 2:15-cv-00006-JNP-EJF<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse<br><br>**ORDER OF DISMISSAL**<br><br>**[JURY TRIAL DEMANDED]** |

Based upon the joint motion and Stipulation of the Parties for Dismissal of All Claims with Prejudice ("Stipulation"), and the Court having reviewed the Stipulation, and finding good cause, hereby orders as follows:

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Salmon Licensing LLC and defendant Wilson Electronics, LLC are dismissed with prejudice. Each party is to bear its own costs and fees.

DATED this 26th day of August, 2015.

BY THE COURT

JUDGE JILL N. PARRISH
UNITED STATE DISTRICT COURT